FILED
CLERK, U.S. DISTRICT COURT
APR 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHN MCBRIDE,<br><br>        Petitioner,<br><br>    v.<br><br>JAMES YATES, WARDEN,<br><br>        Respondent. | Case No. ED CV 06-1322-PA (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 17, 2008.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\MCBRIDE, J 1322\Judgment.wpd